IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-520-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
               )
         Plaintiff, )
               )
    v. )    **ORDER**
               )
TYBEE ISLAND ASSET MANAGEMENT, )
LLC, et al., )
               )
        Defendants. )

   The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 15], the motion is DENIED as meritless. Likewise, the motion to dismiss [D.E. 12] the counterclaims is DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

   SO ORDERED. This 20 day of July 2021.

                        JAMES C. DEVER III
                        United States District Judge